IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, Deceased, *et al.*, )<br><br>Plaintiffs, )<br><br>Vs. )<br><br>ACandS, INC., *et al.*, )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Plaintiffs' motion for admission *pro hac vice* of John Herrick, to appear as counsel in this matter, filed June 1, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and John Herrick is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**Signed: June 3, 2005**

Lacy H. Thornburg
United States District Judge