**F I L E D**
ASHEVILLE, N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUN 1 3 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) |
| | CIVIL ACTION NO. MDL 875 |
| This Documents Relates to: | ) USDC-WDNC |
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of WILLIE C. GODFREY, et al., | ) ) ) ) FILE NO. 1:03-CV-33-T |
| | ) *1:00 CV33* |
| Plaintiff, | ) ) |
| v. | ) ) |
| ACandS, INCORPORATED, et al., | ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

This matter is before the Court upon Motion of the plaintiff, Edgar Eugene Homan, to voluntarily dismiss this action as to defendant General Electric Company (hereinafter "General Electric") only, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

It appearing that grounds exist to permit plaintiff to voluntarily dismiss this action with prejudice as to defendant General Electric, the Court concludes that this motion should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that the action of plaintiff against defendant General Electric only, be dismissed with prejudice.

This the 13th day of June, 2005.

Lacy H. Thornburg
U.S. District Court Judge