F I L E D
ASHEVILLE, N. C.

JUN 1 3 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY      )
LITIGATION (NO. VI)                     )
                                        )   CIVIL ACTION NO. MDL 875
_____
                                        )
This Documents Relates to:              )   USDC-WDNC
                                        )
ELSIE GODFREY, Individually and as      )   FILE NO. ~~1:03-CV-33-T~~
Personal Representative of the Estate of )
WILLIE C. GODFREY, et al.,              )      1:00 cv 33
                                        )
                       Plaintiff,       )
                                        )
            v.                          )
                                        )
ACandS, INCORPORATED, et al.,           )
                                        )
                       Defendants.      )

## ORDER OF DISMISSAL

This matter is before the Court upon Motion of the plaintiffs, Jimmy D. Hodge and
Nancy F. Hodge, to voluntarily dismiss this action as to defendant General Electric
Company (hereinafter "General Electric") only, pursuant to Rule 41 of the Federal Rules of
Civil Procedure.

It appearing that grounds exist to permit plaintiffs to voluntarily dismiss this action
with prejudice as to defendant General Electric, the Court concludes that this motion
should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that the action of plaintiffs
against defendant General Electric only, be dismissed with prejudice.

This the _13th_ day of _June_, 2005.

Lacy H. Thornburg
U.S. District Court Judge