IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) | CIVIL ACTION NO. MDL 875 |
| This Documents Relates to: | ) ) | USDC-WDNC |
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of WILLIE C. GODFREY, et al., | ) ) ) ) | FILE NO. 1:00-CV-33-T |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ACandS, INCORPORATED, et al., | ) ) | |
| Defendants. | ) | |

**F I L E D**
ASHEVILLE, N. C.
JUN 14 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

ORDER OF DISMISSAL

This matter is before the Court upon Motion of the plaintiffs, Felix D. Wright and

Bessie Wright, to voluntarily dismiss this action as to defendant General Electric Company

(hereinafter "General Electric") only, pursuant to Rule 41 of the Federal Rules of Civil

Procedure.

It appearing that grounds exist to permit plaintiffs to voluntarily dismiss this action

with prejudice as to defendant General Electric, the Court concludes that this motion

should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that the action of plaintiffs

against defendant General Electric only, be dismissed with prejudice.

This the __14th__ day of __June__, 2005.

Lacy H. Thornburg
U.S. District Court Judge