# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY ) 
LITIGATION (NO. VI)                )    CIVIL ACTION NO. MDL 875

This Documents Relates to:         )    USDC-WDNC
                                   )
ELSIE GODFREY, Individually and as )    FILE NO. 1:00-CV-33-T
Personal Representative of the Estate of )
WILLIE C. GODFREY, et al.,         )
                                   )
                Plaintiff,         )
                                   )
        v.                         )
                                   )
ACandS, INCORPORATED, et al.,      )
                                   )
                Defendants.        )

**F I L E D**
ASHEVILLE, N. C.

JUN 1 4 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

## ORDER OF DISMISSAL

This matter is before the Court upon Motion of the plaintiff, Lisa J. Splawn, to

voluntarily dismiss this action as to defendant General Electric Company (hereinafter

"General Electric") only, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

It appearing that grounds exist to permit plaintiff to voluntarily dismiss this action

with prejudice as to defendant General Electric, the Court concludes that this motion

should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that the action of plaintiff

against defendant General Electric only, be dismissed with prejudice.

This the 14th day of June, 2005.

Lacy H. Thornburg
U.S. District Court Judge