IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV33

| | |
|---|---|
| JIMMY D. HODGE, and wife, )<br>NANCY F. HODGE; HAYWARD B. )<br>McATEER, and wife, JEANNETTE R. )<br>McATEER; and EDWARD R. MILLS, )<br>and wife, SANDRA L. MILLS, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>ACandS, INC., *et al*., )<br>)<br>Defendants. )<br>_____) | Civil No. 1:00CV33 |

**THIS MATTER** is before the Court on motions of the Defendant Viacom, Inc., successor by merger with CBS Corporation, f/k/a Westinghouse Electric Corporation, for admission *pro hac vice* of Solomon H. Ashby, William D. Harvard, and Ivan A. Gustafson to appear as counsel in this matter, filed August 31, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendant's motions are **ALLOWED**, and Solomon H. Ashby, William D. Harvard, and Ivan A. Gustafson are hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of Court.

**Signed: September 7, 2005**

Lacy H. Thornburg
United States District Judge