**FILED**
ASHEVILLE, N. C.

OCT 1 1 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIMMY D. HODGE, et ux. et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACandS, Inc., et al., )<br>)<br>Defendants. ) | MDL 875<br><br>WDNC No. 1:00cv33-T<br>(Godfrey Complaint) |

### ORDER SUBSTITUTING PERSONAL REPRESENTATIVE AS PLAINTIFF

This cause being heard by the undersigned Judge on motion of John Brannon Bright, Executor of the Estate of Jimmy D. Hodge, deceased, to be substituted as plaintiff; and it appearing to the Court that Jimmy D. Hodge is deceased and that John Brannon Bright is the duly qualified, appointed and acting Executor of his estate; and it further appearing to the Court that the nature of this action is such that the cause of action survives the death of the named plaintiff;

IT IS ORDERED that John Brannon Bright, Executor of the Estate of Jimmy D. Hodge, deceased, is hereby substituted as plaintiff for Jimmy D. Hodge.

This the 11th day of October ~~September~~, 2005.

_[signature]_

**LACY H. THORNBURG**
**UNITED STATES DISTRICT COURT JUDGE**