# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO. 1:00CV33

| | | |
|---|---|---|
| **EDWARD R. MILLS, and wife,** | ) | |
| **SANDRA L. MILLS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | **J U D G M E N T** |
| | ) | |
| **DANA CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

For the reasons set forth in the Memorandum of Decision filed November 5, 2005,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant Dana's motion for summary judgment is **ALLOWED**, and the Plaintiffs' claims as to this Defendant are hereby **DISMISSED WITH PREJUDICE** in their entirety.

**Signed: November 7, 2005**

Lacy H. Thornburg
United States District Judge