IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RICHARD ALLEN and wife,<br>DEMENTRA KRISON ALLEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>AC&S, INC., et al.<br><br>    Defendants. | Civil No. 1:00-CV-33<br>(<u>GODFREY</u> action) |

## ORDER

THIS MATTER is before the Court upon motion by plaintiffs Richard Allen and his wife, Dementra Krison Allen, and defendant General Electric Company, to dismiss without prejudice all claims against General Electric Company in this matter.

It appearing that grounds exist to permit plaintiffs to voluntarily dismiss this action against General Electric Company without prejudice, and that the motion should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of plaintiffs Richard Allen and his wife, Dementra Krison Allen, against defendant General Electric Company, be dismissed without prejudice.

Signed: May 18, 2006

Lacy H. Thornburg
United States District Judge