IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ELSEY GODFREY, Individually and as Personal Representative of the Estate of WILLIE C. GODFREY, et al<br><br>Plaintiffs,<br><br>v.<br><br>ACandS, INC., et al,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>1:00CV33 |

## ORDER OF DISMISSAL OF DEFENDANT

This Court, with the consent and approval of the parties, hereby dismisses without prejudice, Plaintiffs' Complaints, for Plaintiffs Richard Allen, William S. Black, William H. Bradley, Kenneth Bromelow, David K. Brown, Richard D. Day, Cecil F. Foster, Herbert R. Givson, Howard R. Guffey, Bobby R. Hancock, James Charlie Henline, Shelby Hewell, Dennis R. Hicks, Henry M. Houghton, Ray B. Ketchie, Lewis Koehler, Lee W. McKeown, Sr., Billy Mercer, Carl M. Mixer, Harget Franklin Moore, John Andrew Parrish, Roy L. Ramsey, Albert C. Smith, Lisa J. Splawn, John D. Hilton and Thomas C. Tipton only, in the above-styled causes of action, against Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation.

10188109 v1

Signed: August 11, 2006

*signature*

Lacy H. Thornburg
United States District Judge

10188109 v1

**PREPARED AND SUBMITTED BY:**

/s/ E. Elaine Shofner
E. Elaine Shofner
Georgia State Bar No. 405361
**HAWKINS & PARNELL, LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 614-7445
Telecopier: (404) 614-7500
eshofner@hplegal.com

**CONSENTED TO BY:**

Attorneys for Plaintiffs:

/s/ Janet Ward Black
Janet Ward Black
**WARD BLACK LAW**
208 West Wendover Avenue
Greensboro, North Carolina 27401
jwblack@wardblacklaw.com


John E. Herrick
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, South Carolina 29465
jherrick@motleyrice.com

10188109 v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **ELSEY GODFREY, Individually and as Personal Representative of the Estate of WILLIE C. GODFREY, et al** )<br>)<br>)<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**ACandS, INC., et al,** )<br>)<br>    **Defendants.** )<br>) | **CIVIL ACTION NO.:**<br><br>**1:00CV33** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    jwblack@wardblacklaw.com
    jherrick@motleyrice.com
    bbevon@motleyrice.com
    plile-king@donaldsonandblack.com
    ctl@johnsonandlambeth.com
    dconner@hsblawfirm.com
    JMTechman@ewhlaw.com
    mthomas@maupintaylor.com
    barnwell@leathbouchlaw.com
    eandp@bellsouth.net
    tbouch@leathbouchlaw.com
    jbondurant@hsblawfirm.com
    ldavis@davisandhamrick.com
LINK"mailto:tim.peck@smithmoorelaw.com"tim.peck@smithmoorelaw.com
kkyre@pckb-law.com
10188109 v1

keith.coltrain@elmorewall.com
jkadis@hedrickeatman.com
trippgandy@phsm.net
robert.meriwether@nelsonmullins.com
bill.davies@nelsonmullins.com

10188109 v1

and I certify that I have mailed the document to the following non CM/ECF participant:

Michael C. Mascia
Smith Moore LLP
P. O. Box 21927
Greensboro, North Carolina 27420

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, New York 20036

Roy Alan Cohen
Porzio Bromberg & Newman, P.C.
P. O. Box 1997
Morristown, New Jersey 07962-1997

/s/ E. Elaine Shofner

E. Elaine Shofner
Georgia State Bar No. 405361
**HAWKINS & PARNELL, LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 614-7445
Telecopier: (404) 614-7500
eshofner@hplegal.com

10188109 v1