IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of WILLIE C. GODFREY, Deceased, et al, </br></br>Plaintiffs, </br></br>vs. </br></br>ACandS, INC., et al, </br></br>Defendants. | CIVIL ACTION NO.: </br></br>1:00CV33-T |

## ORDER OF DISMISSAL OF DEFENDANT

This Court, with the consent and approval of the parties, hereby dismisses with prejudice, Plaintiffs' Complaints, for Plaintiffs James Edward Ammons and wife, Betty Ammons; Thomas Michael Ard and wife, Myra F. Ard; Johnnie Bratten and wife, Kathleen M. Bratten; Allen Singleton Davis and wife, Geneva Davis; John K. Greene and wife, Betty Sue Campbell Greene; Homer Mack Guffey and wife, Iva Guffey; Norman Haseldene Hill and wife, Catherine C. Hill; John Foy Humphries; Ronnie Lee Ingle and wife, Christa Ingle; George Gary Lavender; Eunice Coleen Mauney and husband, Leon B. Mauney; Sylvia Galloway McCrary and husband, John A. McCrary; Kelly Dean Pursley and wife, Sandra S. Pursley; Norma Ryder Starnes, Individually and as Executris of the Estate of Nick Walda Starnes, Deceased; John Donnie Teague and wife, Dorothy Lee Phillips Teague; Sarah Kathleen Walters; Felix Donald Wright, Sr. and wife, Bessie

10207163 v1

V. Wright; only, in the above-styled cause of action, against Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation.

Signed: August 11, 2006

Lacy H. Thornburg
United States District Judge

10207163 v1

2

**PREPARED AND SUBMITTED BY:**

`/s/ E. Elaine Shofner`
E. Elaine Shofner
Georgia State Bar No. 405361
**HAWKINS & PARNELL, LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 614-7445
Telecopier: (404) 614-7500
eshofner@hplegal.com


`CONSENTED TO BY:`

Attorneys for Plaintiffs:

/s/ Janet Ward Black
Janet Ward Black
**WARD BLACK LAW**
208 West Wendover Avenue
Greensboro, North Carolina 27401
jwblack@wardblacklaw.com


John E. Herrick
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, South Carolina 29465
jherrick@motleyrice.com

10207163 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **ELSEY GODFREY, Individually and** )<br>**as Personal Representative of the** )<br>**Estate of WILLIE C. GODFREY, et al** )<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**ACandS, INC., et al,** )<br>)<br>    **Defendants.** )<br>) | **CIVIL ACTION NO.:**<br><br>**1:00CV33** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>   jwblack@wardblacklaw.com
>   jherrick@motleyrice.com
>   bbevon@motleyrice.com
>   plile-king@donaldsonandblack.com
>   ctl@johnsonandlambeth.com
>   dconner@hsblawfirm.com
>   JMTechman@ewhlaw.com
>   mthomas@maupintaylor.com
>   barnwell@leathbouchlaw.com
>   eandp@bellsouth.net
>   tbouch@leathbouchlaw.com
>   jbondurant@hsblawfirm.com
>   ldavis@davisandhamrick.com

10207163 v1

tim.peck@smithmoorelaw.com
kkyre@pckb-law.com
keith.coltrain@elmorewall.com
jkadis@hedrickeatman.com
trippgandy@phsm.net
robert.meriwether@nelsonmullins.com
bill.davies@nelsonmullins.com

10207163 v1

and I certify that I have mailed the document to the following non CM/ECF participant:

    Michael C. Mascia
    Smith Moore LLP
    P. O. Box 21927
    Greensboro, North Carolina 27420

    Peter J. McKenna
    Skadden, Arps, Slate, Meagher & Flom
    Four Times Square
    New York, New York 20036

    Roy Alan Cohen
    Porzio Bromberg & Newman, P.C.
    P. O. Box 1997
    Morristown, New Jersey 07962-1997

/ s /    E.    E l a i n e    S h o f n e r

    E. Elaine Shofner
    Georgia State Bar No. 405361
    **HAWKINS & PARNELL, LLP**
    4000 SunTrust Plaza
    303 Peachtree Street, N.E.
    Atlanta, Georgia 30308
    Telephone: (404) 614-7445
    Telecopier: (404) 614-7500
    eshofner@hplegal.com

10207163 v1