# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV33

| | |
|---|---|
| HOMER M. GUFFEY and wife, IVA T. GUFFEY; and RICHARD ALLEN and wife, DEMENTRA KRISON ALLEN, | ) ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) |
| AC&S, Inc., *et al.,* | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on motion of the Defendant Cleaver-Brooks, Inc., for admission *pro hac vice* of M. Elizabeth O'Neill, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**, and M. Elizabeth O'Neill, is hereby granted special admission to the bar of this Court payment of the admission fee having been received by the Clerk of this Court.

Signed: September 6, 2006

Lacy H. Thornburg
United States District Judge