# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HOMER M. GUFFEY and wife, IVA T. GUFFEY; and RICHARD ALLEN and wife, DEMENTRA K. ALLEN,<br><br>C. A. No. 1:00cv33<br>Plaintiffs,<br><br>vs.<br><br>GARLOCK SEALING TECHNOLOGIES, LLC, et al.<br>Defendants. | C. A. No. 1:00cv33-T |

## ORDER OF DISMISSAL WITH PREJUDICE

The above-entitled action is now pending in this Court.

**NOW COMES,** Ward Black Law, Attorneys for the above captioned Plaintiffs, and moves for an Order of Dismissal with prejudice as to Defendant Garlock Sealing Technologies, LLC; and With the consent of Leath, Bouch & Crawford LLP, Attorneys for Defendant Garlock Sealing Technologies, LLC; it is hereby

**ORDERED** that the above captioned Plaintiffs be granted an Order of Dismissal with prejudice in the above-entitled matter as to Defendant Garlock Sealing Technologies, LLC.

**AND IT IS SO ORDERED.**

Signed: October 2, 2006

Lacy H. Thornburg
United States District Judge

WE SO MOVE:

WARD BLACK LAW

By: _s/ Janet Ward Black_
NC Bar Number 12869
Attorneys for the Plaintiffs
WARD BLACK LAW
208 W. Wendover Avenue
Greensboro, NC    27401
Telephone: (336) 273-3812
Fax: (336) 379-9415
E-mail:  jwblack@wardblacklaw.com

Attorney for the Plaintiffs


WE SO CONSENT:

LEATH, BOUCH & CRAWFORD LLP


By:  S/ Timothy W. Bouch   .
Timothy W. Bouch, Esq.
N.C. Bar No. 26065
92 Broad Street, P. O. Box 59
Charleston, SC  29402
(843) 937-8811
tbouch@leathbouchlaw.com

Attorneys for Garlock Sealing Technologies, LLC