# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al*.,**<br><br>This document pertains to:<br><br>**HOMER M. GUFFEY and wife, IVA T. GUFFEY; and RICHARD ALLEN and wife, DEMENTRA KRISON ALLEN,**<br><br>     **Plaintiffs,**<br><br>    v.<br><br>**ACandS, INC., *et al*.,**<br><br>     **Defendants.** | File No.: 1:00-CV-33 |

## ORDER

**THIS MATTER** is before the Court upon motion by Plaintiffs Homer Guffey, and wife Iva T. Guffey, and Richard Allen, and wife Dementra Krison Allen, and Defendant, A.W. Chesterton Company, to dismiss, with prejudice, all claims of said Plaintiffs against A.W. Chesterton Company in this matter.

It appearing that grounds exist to permit said Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiffs Homer Guffey, and wife Iva T. Guffey, and Richard Allen and wife, Dementra Krison Allen, against Defendant, A.W. Chesterton Company, are hereby **DISMISSED WITH PREJUDICE**.

Signed: January 17, 2007

Lacy H. Thornburg
United States District Judge