IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (NO. VI) ) | |
| | |
| ELSIE GODFREY, et al., ) | |
| ) | |
| Plaintiffs, ) | MDL 875 |
| ) | |
| This filing pertains to plaintiffs, ) | |
| Patricia Mauney Craft, Administrator ) | |
| of the Estate of Eunice Coleen ) | |
| Mauney, deceased, ) | |
| ) | WDNC No. 1:00cv33-T |
| v. ) | |
| ) | |
| ACandS, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER SUBSTITUTING PERSONAL REPRESENTATIVE AS PLAINTIFF

**THIS MATTER** is before the Court on motion of Patricia Mauney Craft, Personal Representative of the Estate of Eunice Coleen Mauney, deceased, to be substituted as plaintiff herein.

It appearing to the Court that Eunice Coleen Mauney is deceased and that Patricia Mauney Craft is the duly qualified, appointed and acting Personal Representative of her estate; and it further appearing to the Court that the nature of this action is such that the cause of action survives the death of the named plaintiff;

**IT IS, THEREFORE, ORDERED** that Patricia Mauney Craft, Personal Representative of the Estate of Eunice Coleen Mauney, deceased, is hereby

substituted as plaintiff and that the substitution shall be hereafter shown in the title to this action.

Signed: January 31, 2007

Lacy H. Thornburg
United States District Judge