IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) <br> LIABILITY LITIGATION (NO. VI) ) | |
| ELSIE GODFREY, et al., ) <br> ) <br> Plaintiffs, ) | MDL 875 |
| ) | |
| This filing pertains to plaintiffs, ) <br> Lisa Gail Hill, Administrator of the ) <br> Estate of Norman N. Hill, deceased, ) <br> ) | WDNC No. 1:00cv33-T |
| v. ) <br> ) | |
| ACandS, Inc., et al., ) <br> ) | |
| Defendants. ) | |

## ORDER SUBSTITUTING PERSONAL REPRESENTATIVE AS PLAINTIFF

**THIS MATTER** is before the Court on motion of Lisa Gail Hill, Personal Representative of the Estate of Norman N. Hill, deceased, to be substituted as plaintiff.

It appearing to the Court that Norman N. Hill is deceased and that Lisa Gail Hill is the duly qualified, appointed and acting Personal Representative of his estate; and it further appearing to the Court that the nature of this action is such that the cause of action survives the death of the named plaintiff;

**IT IS, THEREFORE, ORDERED** that Lisa Gail Hill, Personal Representative of the Estate of Norman N. Hill, deceased, is hereby substituted as plaintiff and that the substitution shall be hereafter shown in the title to this action.

Signed: February 1, 2007

Lacy H. Thornburg
United States District Judge