IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (NO. VI) ) | |
| | |
| ELSIE GODFREY, et al., ) | |
| ) | |
| Plaintiffs, ) | MDL 875 |
| ) | |
| This filing pertains to plaintiffs, ) | |
| Carol F. Mercer, Individually and as ) | |
| Administrator of the Estate of ) | |
| Billy Mercer, deceased, ) | |
| ) | WDNC No. 1:00cv33-T |
| v. ) | |
| ) | |
| ACandS, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER SUBSTITUTING PERSONAL REPRESENTATIVE AS PLAINTIFF

**THIS MATTER** is before the Court on motion of Carol F. Mercer, Individually and as Administrator of the Estate of Billy Mercer, deceased, to be substituted as plaintiff.

It appearing to the Court that Billy Mercer is deceased and that Carol F. Mercer is the duly qualified, appointed and acting Administrator of his estate; and it further appearing to the Court that the nature of this action is such that the cause of action survives the death of the named plaintiff;

**IT IS, THEREFORE, ORDERED** that the plaintiff's motion is **ALLOWED**, and Carol F. Mercer, Individually and as Administrator of the Estate of Billy Mercer, deceased, is hereby substituted as plaintiff and that the substitution shall be hereafter shown in the title and the body of this action.

Signed: February 1, 2007

Lacy H. Thornburg
United States District Judge