**CIVIL NO.  1:00CV33**

| | |
|---|---|
| **ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*,** | ) )  ) ) |
| **This document relates to:** | ) ) |
| **ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey; THOMAS M. ARD, and wife MYRNA F. ARD; RICHARD D. DAY, and wife DIANE M. DAY; CECIL F. FOSTER, and wife MATTIE D. FOSTER; HERBERT GIBSON, and wife KAY MARLOW GIBSON; RONNIE L. INGLE, and wife CHRISTA M. INGLE; GARY LAVENDER; NEVERT L. NATION, and wife DELLA B. NATION; LISA J. SPLAWN; NORMA R. STARNES, Individually and as Executrix of the Estate of Nick W. Starnes, Deceased; SARAH JACQUELYN BENNETT, Individually and as Personal Representative of the Estate of James Bennett, Deceased; WILLIAM S. BLACK, and wife VICKI BLACK; SHELBY HEWELL; LISA GAIL HILL, Administrator of the Estate of Norman H. Hill, Deceased, and wife CATHERINE C. HILL; KENNETH BROMELOW; ALLEN S. DAVIS; DENNIS R. HICKS, and wife** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| PATRICIA J. HICKS; KELLY D.<br>PURSLEY, and wife SANDRA S.<br>PURSLEY; ALBERT C. SMITH, and<br>wife SHIRLEY F. SMITH; LEWIS<br>KOEHLER, and wife PAMELA L.<br>KOEHLER; and HENRY A.<br>HOUGHTON, Administrator of the<br>Estate of Henry M. Houghton,<br>Deceased;<br><br>          Plaintiffs,<br><br>     Vs.<br><br>AMCHEM PRODUCTS, INC.; A. W.<br>CHESTERTON, INC.; CLEAVER<br>BROOKS; CROWN CORK & SEAL<br>COMPANY, INC.; GARLOCK, INC.;<br>GENERAL ELECTRIC COMPANY;<br>GEORGIA-PACIFIC CORPORATION;<br>MINNESOTA MINING AND<br>MANUFACTURING COMPANY,<br>INC.; NATIONAL SERVICES<br>INDUSTRIES; OWENS-ILLINOIS,<br>INC.; and RAPID AMERICAN<br>CORPORATION,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **ORDER OF DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the joint motion of the specific

Plaintiffs captioned above and the Defendant Crown Cork & Seal

Company, Inc., to dismiss without prejudice their claims against said

Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Thomas M. Ard, and wife Myrna F. Ard; Sarah Jacquelyn Bennett, Individually and as Personal Representative of the Estate of James Bennett, Deceased; William S. Black, and wife Vicki Black; Nevert L. Nation, and wife Della B. Nation; Cecil F. Foster, and wife Mattie D. Foster; Herbert Gibson, and wife Kay Marlow Gibson; Kelly D. Pursley, and wife Sandra S. Pursley; Albert C. Smith, and wife Shirley F. Smith; Lisa J. Splawn, Norma R. Starnes, Individually and as Executrix of the Estate of Nick W. Starnes, Deceased; Henry A. Houghton, Administrator of the Estate of Henry M. Houghton, Deceased; Shelby Hewell; Lisa Gail Hill, Administrator of the Estate of Norman H. Hill, Deceased, and wife Catherine C. Hill; Kenneth Bromelow; Allen S. Davis; Elsie Godfrey, Individually and as Personal Representative of the Estate of Willie C. Godfrey; Dennis R. Hicks, and wife Patricia J. Hicks; Ronnie L. Ingle, and wife Christa M. Ingle; Lewis Koehler, and wife Pamela L. Koehler; Gary Lavender; and Richard D. Day, and wife Diane M. Day, against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

4

Signed: February 5, 2007

Lacy H. Thornburg
United States District Judge