IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00-CV-33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, Deceased, *et al.*, <br><br>This document pertains to: <br><br>CECIL F. FOSTER, and wife MATTIE D. FOSTER; JOHN F. HUMPHRIES; RAY B. KETCHIE, and wife PEGGY ELLER KETCHIE; AGNES M. MIXER, Individually and as Executrix of the Estate of Carl M. Mixer, Deceased; HARGET FRANKLIN MOORE, and wife MAMIE ELIZABETH MOORE; SARAH B. WALTERS, and husband JAMES B. WALTERS; and HENRY A. HOUGHTON, Administrator of the Estate of Henry M. Houghton, Deceased, <br><br>     Plaintiffs, <br><br>Vs. <br><br>AMCHEM PRODUCTS, INC.; A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; GARLOCK, INC.; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; NATIONAL SERVICES INDUSTRIES, INC.; OWENS-ILLINOIS, INC.; and RAPID AMERICAN CORPORATION, <br><br>     Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL** |

  **THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant General Electric Company to dismiss without prejudice all claims against said Defendant.

  For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Cecil F. Foster, and wife Mattie D. Foster; John F. Humphries; Ray B. Ketchie, and wife Peggy Eller Ketchie; Agnes M. Mixer, Individually and as Executrix of the Estate of Carl M. Mixer, Deceased; Harget Franklin Moore, and wife Mamie Elizabeth Moore; Sarah B. Walters, and husband James B. Walters; and Henry A. Houghton, Administrator of the Estate of Henry M. Houghton, Deceased, against the Defendant General Electric Company are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: February 5, 2007

Lacy H. Thornburg
United States District Judge