IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey; JAMES E. AMMONS; THOMAS M. ARD, and wife MYRNA F. ARD; WILLIAM H. BRADLEY, and wife CLYDEAN C. BRADLEY; RICHARD D. DAY, and wife DIANE M. DAY; CECIL F. FOSTER, and wife MATTIE D. FOSTER; HERBERT GIBSON, and wife KAY MARLOW GIBSON; HOMER M. GUFFEY, and wife IVA T. GUFFEY; HOWARD R. GUFFEY, and wife GAIL E. GUFFEY; JAMES CHARLIE HENLINE, and wife LOUISE W. HENLINE; JOHN F. HUMPHRIES; RONNIE L. INGLE, and wife CHRISTA M. INGLE; GARY LAVENDER; SYLVIA G. McCRARY, and husband JOHN McCRARY; PATRICIA MAUNEY CRAFT, Administrator of the Estate of Eunice Coleen Mauney, and LEON M. MAUNEY; NEVERT L. NATION, and wife DELLA B. NATION; ROY RAMSEY; LISA J. SPLAWN; NORMA R. STARNES, Individually and as Executrix of the Estate of Nick W. Starnes, Deceased; JOHN D. TEAGUE, and wife DOROTHY LEE PHILLIPS TEAGUE; THOMAS C. TIPTON; SARAH JACQUELYN | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

BENNETT, Individually and as )
Personal Representative of )
the Estate of James Bennett, )
Deceased; WILLIAM S. BLACK, and )
wife VICKI BLACK; BOBBY R. )
HANCOCK, and wife ELNA FAY L. )
HANCOCK; SHELBY HEWELL; )
LISA GAIL HILL, Administrator of the )
Estate of Norman H. Hill, Deceased, )
and CATHERINE C. HILL; EDGAR )
EUGENE HOMAN, and wife VIRGINIA )
LEVELL ROBERTS; RAY B. KETCHIE,)
and wife PEGGY ELLER KETCHIE; )
CAROL F. MERCER, Individually and )
as Administrator of the Estate of )
Billy Mercer, Deceased; AGNES M. )
MIXER, Individually and as Executrix )
of the Estate of Carl M. Mixer, )
Deceased; HARGET FRANKLIN )
MOORE, and wife MAMIE )
ELIZABETH MOORE; FELIX DONALD )
WRIGHT, and wife BESSIE WRIGHT; )
JOHNNIE BRATTEN, and wife )
KATHLEEN M. BRATTEN; KENNETH )
BROMELOW; RICHARD ALLEN, and )
wife DEMENTRA KRISON ALLEN; )
ALLEN S. DAVIS; DENNIS R. HICKS, )
and wife PATRICIA J. HICKS; JOHN D.)
HILTON, and wife BARBARA HILTON;)
HAYWARD B. McATEER, and wife )
JEANNETTE R. McATEER; LEE W. )
McKEOWN, SR., and wife FRANKIE )
J. McKEOWN; JON ANDREW )
PARRISH; KELLY D. PURSLEY, and )
wife SANDRA S. PURSLEY; ALBERT )
C. SMITH, and wife SHIRLEY F. )
SMITH; SARAH B. WALTERS, and )

| | |
|---|---|
| husband JAMES B. WALTERS;<br>JOHN K. GREENE, and wife BETTY<br>C. GREENE; LEWIS KOEHLER, and<br>wife PAMELA L. KOEHLER;<br>EDWARD R. MILLS, and wife<br>SANDRA L. MILLS; HENRY A.<br>HOUGHTON, Administrator of the<br>Estate of Henry M. Houghton,<br>Deceased; and JOHN BRANNON<br>BRIGHT, Executor of the Estate of<br>Jimmy D. Hodge, Deceased; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )<br>) |
| AMCHEM PRODUCTS, INC.; A. W.<br>CHESTERTON, INC.; CLEAVER<br>BROOKS; CROWN CORK & SEAL<br>COMPANY, INC.; GARLOCK, INC.;<br>GEORGIA-PACIFIC CORPORATION;<br>MINNESOTA MINING AND<br>MANUFACTURING COMPANY, INC.;<br>NATIONAL SERVICES INDUSTRIES;<br>OWENS-ILLINOIS, INC.; and<br>RAPID AMERICAN CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **ORDER OF DISMISSAL**

**THIS MATTER** is before the Court on the parties' joint motion to dismiss this action as to the Defendant Georgia-Pacific Corporation.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' joint motion is **ALLOWED**, and the claims of Plaintiffs Homer W. Guffey, and wife Iva T. Guffey; Richard Allen, and wife Dementra Krison Allen; Edward Mills, and wife Sandra L. Mills; and John Brannon Bright, Executor of the Estate of Jimmy D. Hodge, Deceased, and Nancy F. Hodge, against the Defendant Georgia-Pacific Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the claims of Plaintiffs Elsie Godfrey, Individually and as Personal Representative of the Estate of Willie C. Godfrey, Deceased; James E. Ammons; Thomas M. Ard, and wife Myrna F. Ard; William H. Bradley, and wife Clydean C. Bradley; Richard D. Day, and wife Diane M. Day; Cecil F. Foster, and wife Mattie D. Foster; Herbert Gibson, and wife Kay Marlow Gibson; Howard R. Guffey, and wife Gail E. Guffey; James Charlie Henline, and wife Louise W. Henline; John F. Humphries; Ronnie L. Ingle, and wife Christa M. Ingle; Gary Lavender; Sylvia G. McCrary, and husband John McCrary; Patricia Mauney Craft, Administrator of the Estate of Eunice Coleen Mauney, Deceased, and Leon M. Mauney; Nevert L. Nation, and wife Della B. Nation; Roy Ramsey; Lisa J. Splawn; Norma R. Starnes, Individually and as Executrix of the

Estate of Nick W. Starnes, Deceased; John D. Teague, and wife Dorothy Lee Phillips Teague; Thomas C. Tipson; Sarah Jacquelyn Bennett, Individually and as Personal Representative of the Estate of James Bennett; William S. Black, and wife Vicki Black; Bobby R. Hancock, and wife Elna Fay L. Hancock; Shelby Hewell; Lisa Gail Hill, Administrator of the Estate of Norman Hill, Deceased, and Catherine C. Hill; Edgar Eugene Homan, and wife Virginia Levell Roberts; Ray B. Ketchie, and wife Peggy Eller Ketchie; Carol F. Mercer, Individually and as Administrator of the Estate of Billy Mercer, Deceased; Agnes M. Mixer, Individually and as Executrix of the Estate of Carl M. Mixer, Deceased; Harget Franklin Moore, and wife Mamie Elizabeth Moore; Felix Donald Wright, and wife Bessie Wright; Johnnie Bratten, and wife Kathleen M. Bratten; Kenneth Bromelow; Allen S. Davis; Dennis R. Hicks, and wife Patricia J. Hicks; John D. Hilton, and wife Barbara Hilton; Hayward B. McAteer, and wife Jeannette R. McAteer; Lee W. McKeown, Sr., and wife Frankie J. McKeown; John Andrew Parrish; Kelly D. Pursley, and wife Sandra S. Pursley; Albert C. Smith, and wife Shirley F. Smith; Sarah B. Walters, and husband James B. Walters; John K. Greene, and wife Betty C. Greene; Lewis Koehler, and wife Pamela L. Koehler; and Henry A. Houghton, Administrator of the

Estate of Henry M. Houghton, Deceased, against the Defendant Georgia-Pacific Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: February 10, 2007

Lacy H. Thornburg
United States District Judge