# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO.  1:00CV33

ELSIE GODFREY, Individually and    )
as Personal Representative of the    )
Estate of Willie C. Godfrey, *et al.*,    )
                                                         )
This document relates to:            )
                                                         )
AGNES M. MIXER, Individually and    )
as Executrix of the Estate of Carl M.    )
Mixer, Deceased; EDWARD R. MILLS, )
and wife SANDRA L. MILLS; JOHN F.  )
HUMPHRIES; JAMES CHARLIE         )
HENLINE, and wife LOUISE W.        )
HENLINE; EDGAR EUGENE HOMAN,  )
and wife VIRGINIA LEVELL             )
ROBERTS; ALLEN S. DAVIS;           )
KENNETH BROMELOW; JAMES E.      )
AMMONS; ROY RAMSEY; JOHN D.     )
TEAGUE, and wife DOROTHY LEE      )
PHILLIPS TEAGUE; RAY B. KETCHIE,)
and wife PEGGY ELLER KETCHIE;     )
and WILLIAM H. BRADLEY, and wife  )
CLYDEAN C. BRADLEY,                   )
                                                         )
                          Plaintiffs,       )
                                                         )
          Vs.                                       )          <u>ORDER OF DISMISSAL</u>
                                                         )
AMCHEM PRODUCTS, INC.; A. W.      )
CHESTERTON, INC.; CLEAVER         )
BROOKS; CROWN CORK & SEAL        )
COMPANY, INC.; GARLOCK, INC.;      )
GENERAL ELECTRIC COMPANY;        )

**GEORGIA-PACIFIC CORPORATION;** )
**MINNESOTA MINING AND** )
**MANUFACTURING COMPANY,** )
**INC.; NATIONAL SERVICES** )
**INDUSTRIES; OWENS-ILLINOIS,** )
**INC.; and RAPID AMERICAN** )
**CORPORATION,** )
  )
         **Defendants.** )
_____ )

     **THIS MATTER** is before the Court on motion of the Plaintiffs, Agnes

M. Mixer, Individually and as Executrix of the Estate of Carl M. Mixer,

Deceased; Edward R. Mills, and Spouse, Sandra L. Mills; John F.

Humphries; James Charlie Henline and Spouse, Louise W. Henline; Edgar

Eugene Homan wife, Virginia Levell Roberts; Allen S. Davis; Kenneth

Bromelow; James Ammons; Roy Ramsey; John D. Teague and Spouse,

Dorothy Lee Phillips Teague; Ray B. Ketchie and Spouse, Peggy Eller

Ketchie; William H. Bradley and Spouse Clydean C. Bradley, for an Order

of Dismissal with prejudice as to Defendant Garlock Sealing Technologies,

LLC; and

     With the consent of Leath, Bouch & Crawford LLP, Attorneys for said

Defendant,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs, Agnes M. Mixer, Individually and as Executrix of the Estate of Carl M. Mixer, Deceased; Edward R. Mills, and Spouse, Sandra L. Mills; John F. Humphries; James Charlie Henline and Spouse, Louise W. Henline; Edgar Eugene Homan wife, Virginia Levell Roberts; Allen S. Davis; Kenneth Bromelow; James Ammons; Roy Ramsey; John D. Teague and Spouse, Dorothy Lee Phillips Teague; Ray B. Ketchie and Spouse, Peggy Eller Ketchie; William H. Bradley and Spouse Clydean C. Bradley, against the Defendant Garlock Sealing Technologies, LLC, are hereby **DISMISSED WITH PREJUDICE**.

Signed: February 10, 2007

Lacy H. Thornburg
United States District Judge