# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, ) ) ) ) This document relates to: ) ) ELSIE GODFREY, Individually and as ) Personal Representative of the ) Estate of Willie C. Godfrey; THOMAS ) M. ARD, and wife MYRNA F. ARD; ) SARAH JACQUELYN BENNETT, ) Individually and as Personal ) Representative of the Estate of ) James Bennett, Deceased; WILLIAM ) S. BLACK, and wife VICKI BLACK; ) LISA GAIL HILL, Administrator of the ) Estate of Norman H. Hill, Deceased, ) and wife CATHERINE C. HILL; ) SARAH B. WALTERS, and husband ) JAMES B. WALTERS; HENRY A. ) HOUGHTON, Administrator of the ) Estate of Henry M. Houghton, ) Deceased; and JOHN BRANNON ) BRIGHT, Executor of the Estate of ) Jimmy Hodge, Deceased, ) ) Plaintiffs, ) ) Vs. ) ) AMCHEM PRODUCTS, INC., *et al.*, ) ) | ORDER OF DISMISSAL |

|  | |
|---|---|
| **Defendants.** | ) |
|  | ) |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, to dismiss with prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Elsie Godfrey, Individually and as Personal Representative of the Estate of Willie C. Godfey, Deceased; Thomas M. Ard, and wife Myrna F. Ard; John Brannon Bright, Executor of the Estate of Jimmy D. Hodge, Deceased; Henry A. Houghton, Administrator of the Estate of Henry M. Houghton, Deceased; Sarah Jacquelyn Bennett, Individually and as Personal Representative of the Estate of James Bennett, Deceased; William S. Black, and wife Vicki Black; Lisa Gail Hill, Administrator of the Estate of Norman H. Hill, Deceased, and wife Catherine C. Hill; and Sarah B. Walters, and husband James B. Walters, against the Defendant 3M Company are hereby **DISMISSED WITH PREJUDICE**.

Signed: February 13, 2007

Lacy H. Thornburg
United States District Judge