IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>**ELSIE GODFREY, Individually and as Personal Reprsentative of the Estate of WILLIE C. GODFREY,** *et al.***,**<br><br>This document relates to:<br>**ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, Deceased; HOMER M. GUFFEY, and wife IVA T. GUFFEY; SARAH JACQUELYN BENNETT, Individually and as Personal Representative of the Estate of James Bennett, Deceased; and RICHARD ALLEN, and wife DEMENTRA KRISON ALLEN,**<br><br>**Plaintiffs,**<br><br>**Vs.**<br><br>**ACandS, Inc.,** *et al.***,**<br><br>**Defendants.** | Civil No. 1:00cv33 |

## ORDER OF DISMISSAL OF DEFENDANT CLEAVER-BROOKS, INC.

**THIS MATTER** is before the Court on the parties' consent and approval to dismiss without prejudice Plaintiffs' Complaint as to Plaintiffs Elsie Godfrey, Individually and as Personal Representative of the Estate of Willie C. Godfrey, Deceased; and Sarah Jacquelyn Bennett, Individually and as Personal Representative of the Estate of James Bennett, Deceased; and to dismiss with prejudice the Plaintiffs' Complaint as to Plaintiffs Richard Allen, and wife Dementra Krison Allen; and Homer M Guffey, and wife Iva T. Guffey.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Elsie Godfrey, Individually and as Personal Representative of the Estate of Willie C. Godfrey, Deceased; and

Sarah Jacquelyn Bennett, Individually and as Personal Representative of the Estate of James Bennett, Deceased, against the Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

    **IT IS FURTHER ORDERED** that the claims of Plaintiffs Richard Allen, and wife Dementra Krison Allen; and Homer M. Guffey, and wife Iva T. Guffey, against the Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITH PREJUDICE.**

Signed: February 13, 2007

Lacy H. Thornburg
United States District Judge

**Prepared and Submitted By:**

Attorney for Defendant Cleaver-Brooks, Inc.

*s/ Stephen B. Williamson*
Stephen B. Williamson, Esq.
N.C. Bar No. 20203
Van Winkle, Buck, Wall, Starnes and Davis, P.A.
11 North Market Street
Post Office Box 7376
Asheville, North Carolina 28802
Telephone: 828-258-2991
Facsimile: 828-255-0255
Email: swilliamson@vwlawfirm.com

**Consented to By:**

Attorney for Plaintiff

*s/ Janet Ward Black*
Janet Ward Black, Esq.
N.C. Bar No. 12869
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401
Telephone: 336-273-3812
Facsimile: 336-379-9415
E-mail: jwblack@donaldsonandblack.com