IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey,** *et al.***,** <br><br>This document pertains to:<br><br>**SYLVIA G. McCRARY, and husband JOHN McCRARY; JOHN D. TEAGUE, and wife, DOROTHY LEE PHILLIPS TEAGUE; and HARGET FRANKLIN MOORE, and wife MAMIE ELIZABETH MOORE,**<br><br>Plaintiffs,<br><br>v.<br><br>**ACandS, INC.,** *et al.***,**<br><br>Defendants. | File No.: 1:00-CV-33 |

## ORDER

**THIS MATTER** is before the Court on motion by Plaintiffs Sylvia C. McCrary, and husband John McCrary; John D. Teague, and wife Dorothy Lee Phillips Teague; and Harget Franklin Moore, and wife Mamie Elizabeth Moore, and Defendant, A.W. Chesterton Company, to dismiss, without prejudice, all claims of said Plaintiffs against A.W. Chesterton Company in this matter.

It appearing that grounds exist to permit said Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiffs Sylvia C. McCrary, and husband John McCrary; John D. Teague, and wife Dorothy Lee Phillips Teague; and Harget Franklin Moore, and wife Mamie Elizabeth Moore, against Defendant, A.W. Chesterton Company, are hereby **DISMISSED WITHOUT PREJUDICE**.

2

Signed: February 25, 2007

Lacy H. Thornburg
United States District Judge