# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br>This document relates to: <br><br>JAMES E. AMMONS; JOHN F. HUMPHRIES; and FELIX DONALD WRIGHT, and wife BESSIE WRIGHT, <br><br>          Plaintiffs, <br><br>Vs. <br><br>AMCHEM PRODUCTS, INC.; A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; GARLOCK, INC.; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; NATIONAL SERVICES INDUSTRIES; OWENS-ILLINOIS, INC.; and RAPID AMERICAN CORPORATION, <br><br>          Defendants. | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Crown Cork & Seal

Company, Inc., to dismiss without prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs James E. Ammons, John F. Humphries, and Felix Donald Wright, and wife Bessie Wright, against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: February 25, 2007

Lacy H. Thornburg
United States District Judge