IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **ELSIE GODFREY, Individually and as Personal** ) <br> **Representative of the Estate of Willie C.** ) <br> **Godfrey,** *et al.*, ) <br> ) <br> **This document pertains to:** ) <br> **AGNES M. MIXER, Individually and as** ) <br> **Executrix of the Estate of Carl M. Mixer,** ) <br> **Deceased,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **ACandS, INC., et al.,** ) <br> ) <br> **Defendants.** ) | **File No.: 1:00-CV-33** |

## ORDER

**THIS MATTER** is before the Court upon the joint motion of Plaintiff Agnes Mixer, individually and as Executrix of the Estate of Carl M. Mixer, and Defendant, A.W. Chesterton Company, to dismiss.

It appearing that grounds exist to permit said Plaintiff to do so,

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Agnes Mixer, individually and as Executrix of the Estate of Carl M. Mixer, against Defendant, A.W. Chesterton Company, are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: February 27, 2007

Lacy H. Thornburg
United States District Judge