IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*,<br><br>This document pertains to:<br>WILLIAM H. BRADLEY and wife CLYDEAN C. BRADLEY; PATRICIA MAUNEY CRAFT, Administrator of the Estate of Eunice Coleen Mauney, Deceased; NORMA R. STARNES, Individually and as Executrix of Estate of Nick W. Starnes, Deceased; and BOBBY R. HANCOCK and wife, ELNA FAY L. HANCOCK,<br><br>           Plaintiffs,<br><br>           v.<br><br>ACandS, INC., et al.,<br><br>           Defendants. | File No.: 1:00-CV-33 |

## ORDER

**THIS MATTER** is before the Court on the joint motions of the captioned Plaintiffs and Defendant, A.W. Chesterton Company, to dismiss, without prejudice, all claims of said Plaintiffs against A.W. Chesterton Company.

It appearing that grounds exist to permit said Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motions are **ALLOWED**, and the claims of Plaintiffs William H. Bradley and wife, Clydean C. Bradley; Patricia Mauney Craft, Administrator of the Estate of Eunice Coleen Mauney, Deceased; Norma R. Starnes, Individually and as Executrix of the Estate of Nick W. Starnes, Deceased; and Bobby R. Hancock and wife, Elna Fay L. Hancock, and against Defendant, A.W.

Chesterton Company, are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 5, 2007

Lacy H. Thornburg
United States District Judge