IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*,<br><br>This document pertains to:<br>WILLIAM H. BRADLEY and wife CLYDEAN C. BRADLEY; SYLVIA G. McCRARY, and husband JOHN McCRARY; PATRICIA MAUNEY CRAFT, Administrator of the Estate of Eunice Coleen Mauney, Deceased; JOHN D. TEAGUE, and wife DOROTHY LEE PHILLIPS TEAGUE; EDGAR EUGENE HOMAN, and wife VIRGINIA LEVELL ROBERTS; AGNES M. MIXER, Individually and as Executrix of the Estate of Carl M. Mixer, Deceased; and HARGET FRANKLIN MOORE, and wife MAMIE ELIZABETH MOORE,<br><br>            Plaintiffs,<br><br>            v.<br><br>ACandS, INC., *et al.*,<br><br>            Defendants. | File No.: 1:00-CV-33 |

## ORDER

**THIS MATTER** is before the Court on the joint motions of the captioned Plaintiffs and Defendant, Crown Cork & Seal Company, Inc., to dismiss, without prejudice, all claims of said Plaintiffs against Crown Cork & Seal Company, Inc.

It appearing that grounds exist to permit said Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motions are **ALLOWED**, and the claims of Plaintiffs William H. Bradley and wife, Clydean C. Bradley; Sylvia G. McCrary and husband, John McCrary; Patricia Mauney Craft, Administrator

of the Estate of Eunice Coleen Mauney, Deceased; John D. Teague and wife, dorothy Lee Phillips Teague; Edgar Eugene Homan and wife, Virginia Levell Roberts; Agnes M. Mixer, Individually and as Executrix of the Estate of Carl M. Mixer, Deceased; and Harget Franklin Moore and wife, Mamie Elizabeth Moore, and against Defendant, Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 5, 2007

Lacy H. Thornburg
United States District Judge