## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*,<br><br>This document pertains to:<br>PATRICIA MAUNEY CRAFT, Administrator of the Estate of Eunice Coleen Mauney, Deceased; BOBBY R. HANCOCK and wife, ELNA FAY L. HANCOCK; and HARGET FRANKLIN MOORE, and wife MAMIE ELIZABETH MOORE,<br><br>              Plaintiffs,<br><br>v.<br><br>ACandS, INC., et al.,<br><br>              Defendants. | File No.: 1:00-CV-33 |

## ORDER

**THIS MATTER** is before the Court on the joint motions of the captioned Plaintiffs and Defendant, Garlock Sealing Technologies, LLC, to dismiss, without prejudice, all claims of said Plaintiffs against Garlock Sealing Technologies, LLC.

It appearing that grounds exist to permit said Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motions are **ALLOWED**, and the claims of Plaintiffs Patricia Mauney Craft, Administrator of the Estate of Eunice Coleen Mauney, Deceased; Bobby R. Hancock and wife, Elna Fay L. Hancock; and Harget Franklin Moore and wife, Mamie Elizabeth Moore, and against Defendant, Garlock Sealing Technologies, LLC, are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 5, 2007

*signature*

Lacy H. Thornburg
United States District Judge