IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*,<br><br>This document pertains to:<br>JOHN D. TEAGUE, and wife DOROTHY LEE PHILLIPS TEAGUE; EDGAR EUGENE HOMAN, and wife VIRGINIA LEVELL ROBERTS; AGNES M. MIXER, Individually and as Executrix of the Estate of Carl M. Mixer, Deceased; and HARGET FRANKLIN MOORE, and wife MAMIE ELIZABETH MOORE,<br><br>              Plaintiffs,<br><br>    v.<br><br>ACandS, INC., et al.,<br><br>              Defendants. | File No.: 1:00-CV-33 |

## ORDER

**THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and Defendant, National Service Industries, Inc., f/k/a North Brothers Company, to dismiss, without prejudice, all claims of said Plaintiffs against National Service Industries, Inc.

It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiffs John D. Teague, and wife Dorothy Lee Phillips Teague; Edgar Eugene Homan, and wife Virginia Levell Roberts; Agnes M. Mixer, Individually and as Executrix of the Estate of Carl M. Mixer, Deceased; and Harget Franklin Moore and wife, Mamie Elizabeth Moore, and against Defendant, National Service Industries, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 5, 2007

Lacy H. Thornburg
United States District Judge

**WE MOVE:**                                   **WE CONSENT:**

s/James D. Gandy, III                          s/Janet Ward Black

James D. Gandy, III                            Janet Ward Black, Esquire
Pierce, Herns, Sloan & McLeod, LLC             Ward Black Law
321 East Bay Street                            208 West Wendover Avenue
Charleston, SC 29413                           Greensboro, NC 27401

Attorney for Defendant                         Attorneys for Plaintiff
National Service Industries, Inc.