IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey,** *et al.***,** <br><br>**This document pertains to:** <br>**HOMER M. GUFFEY, and wife IVA T. GUFFEY; and EDWARD R. MILLS, and wife SANDRA L. MILLS,** <br><br>         **Plaintiffs,** <br><br>         v. <br><br>**ACandS, INC.,** *et al.***,** <br><br>         **Defendants.** | File No.: 1:00-CV-33 |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on motions by Plaintiffs Homer M. Guffey, and wife Iva T. Guffey, and Edward R. Mills, and wife Sandra L. Mills, and Defendant Crown Cork & Seal Company, Inc., to dismiss, with prejudice, all claims of said Plaintiffs against Crown Cork & Seal Company, Inc.

It appearing that grounds exist to permit said Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the motions to dismiss are **ALLOWED**, and the claims of Plaintiffs Homer M. Guffey, and wife Iva T. Guffey, and Edward R. Mills, and wife Sandra L. Mills, against Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 6, 2007

Lacy H. Thornburg
United States District Judge

WE SO MOVE:

WARD BLACK LAW
By: s/ Janet Ward Black
Janet Ward Black, Esq.
NC Bar Number 12869
208 W. Wendover Avenue
Greensboro, NC     27401
Telephone: (336) 273-3812
Fax: (336) 379-9415
E-mail:  jwblack@wardblacklaw.com

Attorneys for the Plaintiffs

WE SO CONSENT:

LEATH, BOUCH & CRAWFORD LLP
By: s/ Timothy W. Bouch
Timothy W. Bouch, Esq.
N.C. Bar No. 26065
92 Broad Street, P. O. Box 59
Charleston, SC  29402
(843) 937-8811
tbouch@leathbouchlaw.com


Attorneys for Crown Cork & Seal Company, Inc.