IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, <br><br> Plaintiffs, <br><br> Vs. <br><br> A. W. CHESTERTON, INC., *et al.*, <br><br> Defendants. | Civil No. 3:98CV394 |
| JAMES R. BARNES, and wife DOROTHY G. BARNES, *et al.*, <br><br> Plaintiffs, <br><br> Vs. <br><br> A. W. CHESTERTON, INC., *et al.*, <br><br> Defendants. | Civil No. 5:98CV92 |
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br> Plaintiffs, <br><br> Vs. <br><br> AMCHEM PRODUCTS, INC., *et al.*, <br><br> Defendants. | Civil No. 1:00CV33 |

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative of the Estate of Raleigh Aldridge, Deceased; and BILLY O'DELL, and wife MARY L. O'DELL,<br><br>　　　　　　Plaintiffs,<br><br>　　Vs.<br><br>ACandS, INC., *et al*.,<br><br>　　　　　　Defendants. | Civil No. 5:99CV128 |
| ETHEL L. GRIFFIN,<br><br>　　　　　　Plaintiffs,<br><br>　　Vs.<br><br>ACandS, INC., *et al*.,<br><br>　　　　　　Defendants. | Civil No. 3:01CV604 |

**AMENDED FINAL PRETRIAL ORDER**

**THESE MATTERS** are before the Court *sua sponte* to amend the Final Pretrial Order filed January 12, 2007, by adding additional Plaintiffs to the trial term beginning April 9, 2007. The additional trial groups are as follows:

**#13 - GROUP 13**

| | |
|---|---|
| 3:98CV394[1] | Calvin R. Luckey, and wife Peggy G. Luckey
Gene A. Shires, and wife Helen Shires
Jackson J. Smith, and wife Carolyn S. Smith
Roger Franklin Thomas, and wife Ella Shinn Thomas
Hazel S. Boone, Individually and as Executrix of the Estate of Billy H. Boone, Deceased
Hazel B. Mullis, Individually and as Executrix of the Estate of Jerry R. Mullis, Deceased
Roger D. Smith, and wife Margie P. Smith
William E. Smith |
| 5:98CV92[2] | Betty S. Hongisto, Executrix of the Estate of Iver Oscar Hongisto, Deceased
Alton L. Hughes, and wife Lena M. Hughes |
| 1:00CV33[3] | Homer M. Guffey, and wife Iva T. Guffey
Richard Allen, and wife Dementra Krison Allen
Hayward B. McAteer, and wife Jeannette R. McAteer
Edward R. Mills, and wife Sandra L. Mills
John Brannon Bright, Executor of the Estate of Jimmy D. Hodge, Deceased |

---

[1] These Plaintiffs have claims remaining only as to Defendants Bayer Cropscience, f/k/a Amchem Products, Cleaver Brooks, National Service Industries, f/k/a North Brothers, and Rapid American Corporation.

[2] These Plaintiffs have claims remaining only as to Defendants National Service Industries and Rapid American Corporation.

[3] These Plaintiffs have claims remaining only as to Defendants Cleaver Brooks, National Service Industries, Rapid American Corporation, and 3M Company.

4

**#14 - GROUP 14**
    3:01CV604       Ethel L. Griffin

    5:99CV128       Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, Deceased
                        Billy O'Dell, and wife Mary L. O'Dell

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the remaining terms contained in the Court's January 12, 2007, Final Pretrial Order remain in full force and effect.

Signed: March 7, 2007

_[signature]_

Lacy H. Thornburg
United States District Judge