# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br> This document relates to: <br><br> FELIX DONALD WRIGHT, and wife BESSIE WRIGHT; and JOHN D. HILTON, and wife BARBARA HILTON, <br><br> Plaintiffs, <br><br> Vs. <br><br> AMCHEM PRODUCTS, INC., *et al.*, <br><br> Defendants. | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, to dismiss with prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Felix Donald Wright, and wife Bessie Wright; and John D. Hilton, and wife Barbara Hilton, against the Defendant 3M Company are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 12, 2007

Lacy H. Thornburg
United States District Judge