IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>ELSIE GODFREY, Individually and as Personal Reprsentative of the Estate of WILLIE C. GODFREY, *et al.*,<br><br>This document pertains to:<br>JOHN BRANNON BRIGHT, Executor of the Estate of Jimmy D. Hodge, Deceased, and wife, NANCY F. HODGE; and HAYWARD B. McATEER and wife, JEANNETTE R. McATEER,<br><br>Plaintiffs,<br><br>Vs.<br><br>ACandS, Inc., et al.,<br><br>Defendants. | Civil No. 1:00cv33 |

## ORDER OF DISMISSAL OF DEFENDANT CLEAVER-BROOKS, INC.

This Court, with the consent and approval of the parties, hereby **DISMISSES WITH PREJUDICE**, the claims of Plaintiffs John Brannon Bright, Executor of the Estate of Jimmy D. Hodge, Deceased, and wife Nancy F. Hodge, and Hayward B. McAteer and Jeannette R. McAteer, against Defendant Cleaver-Brooks, Inc.

Signed: March 13, 2007

Lacy H. Thornburg
United States District Judge

| **Prepared and Submitted By:** | **Consented to By:** |
|---|---|
| Attorney for Defendant Cleaver-Brooks, Inc. | Attorney for Plaintiff |
| *s/ Stephen B. Williamson* | *s/ Janet Ward Black* |
| Stephen B. Williamson, Esq. | Janet Ward Black, Esq. |
| N.C. Bar No. 20203 | N.C. Bar No. 12869 |
| Van Winkle, Buck, Wall, Starnes and Davis, P.A. | Donaldson & Black, P.A. |
| 11 North Market Street | 208 West Wendover Avenue |
| Post Office Box 7376 | Greensboro, NC 27401 |
| Asheville, North Carolina 28802 | Telephone: 336-273-3812 |
| Telephone: 828-258-2991 | Facsimile: 336-379-9415 |
| Facsimile: 828-255-0255 | E-mail: jwblack@donaldsonandblack.com |
| Email: swilliamson@vwlawfirm.com | |