# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV33

| | |
|---|---|
| **ELSIE GODFREY, Individually and as Executrix of** | ) |
| The Estate of **WILLIE C. GODFREY, Deceased,** *et al.,* | ) |
| | ) |
| This document pertains to: | ) |
| **HOMER M. GUFFEY and wife IVA T. GUFFEY,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **ACandS Inc. et al,** | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE OF
## AMCHEM PRODUCTS, INC.

**THIS MATTER** is before the Court on the joint motion of Plaintiffs Homer M. Guffey and Iva T. Guffey, wife, and Defendant Amchem Products, Inc., to dismiss this action with prejudice.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion is **ALLOWED**, and the claims of Plaintiffs Homer M. Guffey, and wife Iva T. Guffey, against the Defendant Amchem Products, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 16, 2007

Lacy H. Thornburg
United States District Judge