IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>ELSIE GODFREY, Individually and as Personal Reprsentative of the Estate of WILLIE C. GODFREY, *et al.*,<br><br>This document pertains to:<br>THOMAS M. ARD and wife, MYRA F. ARD; WILLIAM H. BRADLEY and wife, CLYDEAN C. BRADLEY; RICHARD D. DAY and wife, DIANE M. DAY; HERBERT GIBSON and wife, KAY MARLOW GIBSON; HOWARD R. GUFFEY and wife, GAIL E. GUFFEY; JAMES CHARLIE HENLINE and wife, LOUISE W. HENLINE; HENRY A. HOUGHTON, Administrator of the Estate of HENRY M. HOUGHTON, Deceased; JOHN F. HUMPHRIES; SYLVIA G. MCCRARY and husband, JOHN MCCRARY; PATRICIA MAUNEY CRAFT, Administrator of the Estate of Eunice Coleen Mauney, Deceased, and LEON B. MAUNEY; NEVERT L. NATION and wife, DELLA B. NATION; LISA J. SPLAWN; NORMA STARNES, Individually and as Executrix of the Estate of NICK W. STARNES, Deceased; JOHN D. TEAGUE and wife, DOROTHY LEE PHILLIPS TEAGUE; THOMAS C. TIPTON; BOBBY R. HANCOCK and wife, ELNA FAY L. HANCOCK; SHELBY HEWELL; LISA GAIL HILL, Administrator of the Estate of Norman H. Hill, Deceased, and CATHERINE C. HILL; RAY B. KETCHIE and wife, PEGGY ELLER KETCHIE; AGNES MIXER, Individually and as Executrix of the Estate of CARL M. MIXER; HARGET FRANKLIN MOORE and wife, MAMIE ELIZABETH MOORE; FELIX DONALD WRIGHT and wife, BESSIE WRIGHT; JOHNNIE BRATTEN and wife, KATHLEEN M. BRATTEN; KENNETH BROMELOW; ALLEN S. DAVIS; DENNIS | Civil No. 1:00cv33 |

| | |
|---|---|
| R. HICKS and wife, PATRICIA J. HICKS; JOHN D. HILTON and wife, BARBARA HILTON; LEE W. MCKEOWN, SR. and wife, FRANKIE J. MCKEOWN; JON ANDREW PARRIS; KELLY D. PURSLEY and wife, SANDRA S. PURSLEY; ALBERT C. SMITH and wife, SHIRLEY F. SMITH; SARAH B. WALTERS and husband, JAMES B. WALTER; JOHN K. GREENE and wife, BETTY C. GREENE; LEW KOEHLER and wife, PAMELA L. KOEHLER; <br><br>Plaintiffs, <br><br>Vs. <br><br>ACandS, Inc., et al., <br><br>Defendants. | |

## ORDER OF DISMISSAL OF DEFENDANT CLEAVER-BROOKS, INC.

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against the Defendant Cleaver-Brooks, Inc.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Allen S. Davis; John K. Greene and wife, Betty C. Greene; Howard R. Guffey and wife, Gail E. Guffey; Nevert L. Nation and wife, Della B. Nation; and Felix Donald Wright and wife, Bessie Wright against the Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the claims of Plaintiffs Thomas M. Ard and wife, Myra F. Ard; William H. Bradley and wife, Clydean C. Bradley; Johnnie Bratten and wife, Kathleen M. Bratten; Kenneth Bromelow; Richard D. Day and wife, Diane M. Day; Herbert Gibson and wife, Kay Marlow Gibson; Bobby R. Hancock and wife, Elna Fay L. Hancock; James Charlie Henline and wife, Louise W. Henline; Shelby Hewell; Dennis R. Hicks and wife, Patricia J. Hicks; Norman H. Hill and wife, Catherine C. Hill; John D. Hilton and wife, Barbara

Hilton; Henry A. Houghton, Administrator Of The Estate Of Henry M. Houghton, Deceased; John F. Humphries; Ray B. Ketchie and wife, Peggy Eller Ketchie; Lew Koehler and wife, Pamela L. Koehler; Sylvia G. McCrary and husband, John McCrary; Eunice Coleen Mauney and husband, Leon B. Mauney; Lee W. McKeown, Sr. and wife, Frankie J. McKeown; Agnes Mixer, Individually And As Executrix Of The Estate Of Carl M. Mixer; Harget Franklin Moore and wife, Mamie Elizabeth Moore; Jon Andrew Parrish; Kelly D. Pursley and wife, Sandra S. Pursley; Albert C. Smith and wife, Shirley F. Smith; Lisa J. Splawn; Norma Starnes, Individually And As Executrix Of The Estate Of Nick W. Starnes, Deceased; John D. Teague and wife, Dorothy Lee Phillips Teague; Thomas C. Tipton; Sarah B. Walters and husband, James B. Walters against the Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge

**Prepared and Submitted By:**

Attorney for Defendant Cleaver-Brooks, Inc.

*s/ Stephen B. Williamson*
Stephen B. Williamson, Esq.
N.C. Bar No. 20203
Van Winkle, Buck, Wall, Starnes and Davis, P.A.
11 North Market Street
Post Office Box 7376
Asheville, North Carolina 28802
Telephone: 828-258-2991
Facsimile: 828-255-0255
Email: swilliamson@vwlawfirm.com

**Consented to By:**

Attorney for Plaintiff

*s/ Janet Ward Black*
Janet Ward Black, Esq.
N.C. Bar No. 12869
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401
Telephone: 336-273-3812
Facsimile: 336-379-9415
E-mail: jwblack@donaldsonandblack.com