## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| **ELSIE GODFREY, Individually and as Personal** ) | **File No.: 1:00-CV-33** |
| **Representative of the Estate of Willie C. Godfrey** ) | |
| ***et al.*,** ) | |
| ) | |
| **This document pertains to:** ) | |
| **CAROL MERCER, Individually and as** ) | |
| **Administratrix of the Estate of Billy Mercer,** ) | |
| **deceased,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **ACandS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**THIS MATTER** is before the Court upon motion of Plaintiff Carol Mercer, individually

and as Administratrix of the Estate of Billy Mercer, deceased, and Defendant A.W. Chesterton

Company, to dismiss, without prejudice, her claims against Defendant Chesterton.

It appearing that all parties have consented to the relief requested herein,

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the claims of

Plaintiff Carol Mercer, individually and as Administratrix of the Estate of Billy Mercer,

deceased, against Defendant A.W. Chesterton Company are hereby **DISMISSED WITHOUT**

**PREJUDICE**.

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge