IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : |
| This Document Relates To: : | CIVIL ACTION NO. MDL 875 |

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

ELSIE GODFREY, Individually and as )  C. A. No. 1:00cv33-T
Personal Representative of the Estate of )
WILLIE C. GODFREY, *et al.*, )
)
This document pertains to: )
JAMES E. AMMONS; THOMAS M. ARD and )
wife, MYRA F. ARD; RICHARD D. DAY and )
wife, DIANE M. DAY; SHELBY HEWELL; )
NEVERT L. NATION and wife, DELLA B. )
NATION, )
)
          Plaintiffs, )
)
v. )
)
AC&S, INC., et al. )
)
          Defendants. )
)

## ORDER

**THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and Defendant, National Service Industries, Inc., (formerly known as North Brothers Company), to dismiss with prejudice, all claims of said Plaintiffs against National Service Industries, Inc.

It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiffs James E. Ammons, Thomas M, Ard and wife, Myra F. Ard, Richard D. Day and wife,

Diane M. Day; Shelby Hewell, and Nevert L. Nation and wife, Della B. Nation, against Defendant, National Service Industries, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
| s/James D. Gandy, III | s/ Janet Ward Black |
| James D. Gandy, III | Janet Ward Black, Esquire |
|  | NC Bar #12869 |
| Pierce, Herns, Sloan & McLeod, LLC | Ward Black Law |
| 321 East Bay Street | 208 West Wendover Avenue |
| Charleston, SC 29413 | Greensboro, NC 27401 |
| Attorney for Defendant<br>National Service Industries, Inc. | Attorneys for Plaintiffs |