# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br> This document pertains to: <br> SARAH JACQUELYN BENNETT, Individually and as Personal Representative of the Estate of James Bennett, Deceased, <br><br>      Plaintiffs, <br><br> Vs. <br><br> AMCHEM PRODUCTS, INC.; A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; GARLOCK, INC.; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; NATIONAL SERVICES INDUSTRIES; OWENS-ILLINOIS, INC.; and RAPID AMERICAN CORPORATION, <br><br>      Defendants. | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiff captioned above and the Defendant Owens-Illinois, Inc., to dismiss all claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Sarah Jacquelyn Bennett, Individually and as Personal Representative of the Estate of James Bennett, Deceased, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 27, 2007

Lacy H. Thornburg
United States District Judge