# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br>This document relates to: <br><br>AGNES M. MIXER, Individually and as Executrix of the Estate of Carl M. Mixer, Deceased, <br><br>　　　　　　　　　Plaintiffs, <br><br>Vs. <br><br>AMCHEM PRODUCTS, INC., *et al.*, <br><br>　　　　　　　　　Defendants. | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiff captioned above and the Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, to dismiss her claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Agnes M. Mixer, Individually and as Executrix of the Estate of Carl M. Mixer, Deceased, against the Defendant 3M Company are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 27, 2007

Lacy H. Thornburg
United States District Judge