IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*,<br><br>This document pertains to:<br>JOHNNIE BRATTEN, and wife KATHLEEN M. BRATTEN; JOHN K. GREENE, and wife BETTY C. GREENE; HOWARD R. GUFFEY, and wife GAIL E. GUFFEY; JAMES CHARLIE HENLINE, and wife LOUISE W. HENLINE; JOHN D. HILTON, and wife BARBARA HILTON; RAY B. KETCHIE, and wife PEGGY ELLER KETCHIE; LEE W. McKEOWN, SR., and wife FRANKIE J. McKEOWN; JON ANDREW PARRISH; ROY RAMSEY; THOMAS C. TIPTON; and SARAH B. WALTERS, and husband JAMES B. WALTERS,<br><br>           Plaintiffs,<br><br>           v.<br><br>ACandS, INC., *et al.*,<br><br>           Defendants. | File No.: 1:00-CV-33 |

## ORDER

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs and Defendant, Crown Cork & Seal Company, Inc., to dismiss, without prejudice, all claims of said Plaintiffs against Crown Cork & Seal Company, Inc.

It appearing that grounds exist to permit said Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motion is **ALLOWED**, and the claims of Plaintiffs Johnnie Bratten, and wife Kathleen M. Bratten; John K. Greene, and wife Betty C. Greene; Howard R. Guffey, and wife Gail E. Guffey;

James Charlie Henline, and wife Louise W. Henline; John D. Hilton, and wife Barbara Hilton; Ray B. Ketchie, and wife Peggy Eller Ketchie; Lee W. McKeown, Sr., and wife Frankie J. McKeown; Jon Andrew Parrish; Roy Ramsey; Thomas C. Tipton; and Sarah B. Walters, and husband James B. Walters, against Defendant, Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 27, 2007

Lacy H. Thornburg
United States District Judge