IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Executrix of | ) |
| The Estate of WILLIE C. GODFREY, Deceased, *et al.*, | ) |
| | ) |
| This document pertains to: | ) |
| ELSIE GODFREY, Individually and as Executrix of | ) |
| The Estate of WILLIE C. GODFREY, Deceased; | ) |
| JAMES E. AMMONS; | ) |
| THOMAS M. ARD and wife MYRA F. ARD, | ) |
| SARAH JACQUELYN BENNETT, Individually and as | ) |
| Personal Representative of the Estate of | ) |
| JAMES BENNETT, Deceased, | ) |
| WILLIAM H. BRADLEY and wife CLYDEAN BRADLEY, | ) |
| WILLIAM S. BLACK and wife VICKI BLACK, | ) |
| JOHNNIE BRATTEN and wife KATHLEEN M. BRATTEN, | ) |
| KENNETH BROMELOW, | ) |
| ALLEN S. DAVIS, | ) |
| RICHARD DAY and wife DIANE M. DAY, | ) |
| CECIL F. FOSTER and wife MATTIE D. FOSTER, | ) |
| HERBERT GIBSON and wife KAY M. GIBSON, | ) |
| JOHN K. GREENE and BETTY C. GREENE, | ) |
| HOWARD R. GUFFEY and wife GAIL E. GUFFEY, | ) |
| JAMES C. HENLINE and wife LOUISE W. HENLINE, | ) |
| BOBBY R. HANCOCK and wife ELNA F. L. HANCOCK, | ) |
| SHELBY HEWELL, | ) |
| DENNIS R. HICKS and wife PATRICIA J. HICKS, | ) |
| LISA GAIL HILL, Administrator of the Estate of NORMAN | ) |
| H. HILL, Deceased, and CATHERINE C. HILL, | ) |
| JOHN D. HILTON and wife BARBARA HILTON, | ) |
| EDGAR E. HOMAN and wife | ) |
|     VIRGINIA LEVELL ROBERTS | ) |
| HENRY A. HOUGHTON, Administrator of the Estate of | ) |
| HENRY M. HOUGHTON, Deceased, | ) |
| JOHN F. HUMPHRIES, | ) |
| RONNIE L. INGLE and wife CHRISTA M. INGLE, | ) |
| RAY B. KETCHIE and wife PEGGY E. KETCHIE, | ) |
| LEWIS KOEHLER and wife PAMELA L. KOEHLER, | ) |
| GARY LAVENDER, | ) |
| PATRICIA MAUNEY CRAFT, Administrator of the Estate of | ) |
| EUNICE COLLEN MAUNEY, and LEON B. MAUNEY, | ) |

| | |
|---|---|
| SYLVIA G. MCCRARY and husband JOHN MCCRARY, | ) |
| LEE W. MCKEOWN, SR. and wife FRANKIE MCKEOWN, | ) |
| CAROL F. MERCER, Individually and as Administrator of | ) |
| the Estate of BILLY MERCER, Deceased; | ) |
| AGNES MIXER, Individually and as Executrix of | ) |
| the Estate of CARL M. MIXER, Deceased, | ) |
| HARGET F. MOORE and wife MAMIE E. MOORE, | ) |
| NEVERT L. NATION and wife DELLA B. NATION, | ) |
| JON ANDREW PARRISH, | ) |
| KELLY D. PURSLEY and wife SANDRA S. PURSLEY, | ) |
| ROY L. RAMSEY, | ) |
| ALBERT C. SMITH and wife SHIRLEY F. SMITH, | ) |
| LISA J. SPLAWN, | ) |
| NORMA R. STARNES, Individually and as Executrix | ) |
| of the Estate of NICK W. STARNES, Deceased, | ) |
| JOHN D. TEAGUE and wife DOROTHY L.P. TEAGUE, | ) |
| THOMAS C. TIPTON, | ) |
| SARAH K. WALTERS and husband JAMES B. WALTERS | ) |
| FELIX DONALD WRIGHT, and wife BESSIE WRIGHT, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| ACandS Inc. et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE OF AMCHEM PRODUCTS, INC.

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs and the Defendant Amchem Products, Inc., to dismiss this action with prejudice as to said Defendant.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of each of the captioned Plaintiffs against the Defendant Amchem Products, Inc. are hereby **DISMISSED WITH PREJUDICE.**

Signed: March 27, 2007

Lacy H. Thornburg
United States District Judge