IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br> Plaintiffs, <br><br> Vs. <br><br> A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; GARLOCK, INC.; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; NATIONAL SERVICES INDUSTRIES; OWENS-ILLINOIS, INC.; and RAPID AMERICAN CORPORATION, <br><br> Defendants. | <u>O R D E R</u> |

**THIS MATTER** is before the Court pursuant to the parties' notification that all claims in controversy between the Plaintiffs and the remaining Defendants have been settled with the exception of claims against the Defendant A. W. Chesterton. Those claims remain for trial beginning April 9, 2007.

**IT IS, THEREFORE, ORDERED** that the parties submit stipulations of dismissal, consent judgments, joint motions to dismiss, or other settlement documents closing this case on or before 90 days from entry of this Order. Should the Plaintiffs and Defendant Chesterton settle their claims before the April 9 trial date, this deadline would apply to the dismissal of those claims as well.

**IT IS FURTHER ORDERED** that sanctions will be imposed on any party failing to abide by this deadline absent a showing of good cause therefor.

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge