# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br>This document relates to: <br><br>HOWARD R. GUFFEY, and wife GAIL E. GUFFEY; and HAYWARD B. McATEER, and wife JEANNETTE R. McATEER, <br><br>  Plaintiffs, <br><br>Vs. <br><br>AMCHEM PRODUCTS, INC., *et al.*, <br><br>  Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, to dismiss with prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Howard R. Guffey, and wife Gail E. Guffey, and Hayward B. McAteer, and wife Jeannette R. McAteer, against the Defendant 3M Company are hereby **DISMISSED WITH PREJUDICE**.

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge