# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br>This document pertains to: <br>THOMAS M. ARD, and wife MYRNA F. ARD; SHELBY HEWELL; CAROL F. MERCER, Individually and as Administrator of the Estate of Billy Mercer, Deceased; and LISA J. SPLAWN, <br><br>          Plaintiffs, <br><br>          v. <br><br>ACandS, INC., *et al.*, <br><br>          Defendants. | File No.: 1:00-CV-33 |

## ORDER

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs and Defendant, Garlock Sealing Technologies, LLC, to dismiss, without prejudice, their claims against said Defendant.

It appearing that grounds exist to permit said Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motion is **ALLOWED**, and the claims of Plaintiffs Thomas M. Ard, and wife Myrna F. Ard; Shelby Hewell; Carol F. Mercer, Individually and as Administrator of the Estate of Billy Mercer, Deceased; and Lisa J. Splawn, against Defendant, Garlock Sealing Technologies, LLC, are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge