# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br> This document pertains to: <br> ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey; HOMER M. GUFFEY, and wife IVA T. GUFFEY; and JON ANDREW PARRISH, <br><br> Plaintiffs, <br><br> Vs. <br><br> A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; GARLOCK, INC.; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; NATIONAL SERVICES INDUSTRIES; OWENS-ILLINOIS, INC.; and RAPID AMERICAN CORPORATION, <br><br> Defendants. | <u>**O R D E R**</u> |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Owens-Illinois, Inc., to dismiss their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Elsie Godfrey, Individually and as Personal Representative of the Estate of Willie C. Godfrey, Deceased, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the claims of Plaintiffs Homer M. Guffey, and wife Iva T. Guffey, and Jon Andrew Parrish, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: April 4, 2007

Lacy H. Thornburg
United States District Judge