# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CALVIN R. LUCKEY, and wife PEGGY G. LUCKEY, *et al.*, </br></br>　　　　Plaintiffs, </br></br>　　　Vs. </br></br> A. W. CHESTERTON, INC., *et al.*, </br></br>　　　　Defendants. | Civil No. 3:98CV394 |
| JAMES R. BARNES, and wife DOROTHY G. BARNES, *et al.*, </br></br>　　　　Plaintiffs, </br></br>　　　Vs. </br></br> A. W. CHESTERTON, INC., *et al.*, </br></br>　　　　Defendants. | Civil No. 5:98CV92 |
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, </br></br>　　　　Plaintiffs, </br></br>　　　Vs. </br></br> A. W. CHESTERTON, INC., *et al.*, </br></br>　　　　Defendants. | Civil No. 1:00CV33 |

## **ORDER**

**THESE MATTERS** are before the Court on motions of the Defendant A.W. Chesterton, Inc., for admission *pro hac vice* of John J. Kurowski and Curtis R. Bailey to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendant's motions are **ALLOWED**, and John J. Kurowski and Curtis R. Bailey are hereby granted special admission to the bar of this Court, payment of the admission fees having been received by the Clerk of this Court.

Signed: April 5, 2007

Lacy H. Thornburg
United States District Judge