IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:00CV33

| | |
|---|---|
| **ELSIE GODFREY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIE C. GODFREY, et al.,**<br>This document pertains to:<br>**KENNETH BROMELOW,**<br>                              **Plaintiff,**<br>v.<br>**A.W. CHESTERTON, ET. AL. (INCLUDING 3M),**<br>                              **Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on the joint motion of Plaintiff Kenneth Bromelow and Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, to dismiss <u>without prejudice</u>, his claims against said Defendant in this matter.

It appearing that grounds exist to permit Plaintiff to do so, and that the motion should be granted for good causes shown;

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motion to dismiss is **ALLOWED**, and all claims of Plaintiff Kenneth Bromelow against Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, are hereby dismissed <u>without prejudice</u>.

Signed: June 15, 2007

Lacy H. Thornburg
United States District Judge