**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | |
|---|---|
| **ELSIE GODFREY, Individually and as Personal** ) | **File No.: 1:00-CV-33** |
| **Representative of the Estate of Willie C.** ) | |
| **Godfrey,** *et al.*, ) | |
| ) | |
| **This document pertains to:** ) | |
| **BOBBY R. HANCOCK, and wife ELNA FAY** ) | |
| **L. HANCOCK,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **ACandS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

THIS MATTER is before the Court on the joint motion of the captioned Plaintiffs and

Defendant, Crown Cork & Seal Company, Inc., to dismiss, without prejudice, all claims of said

Plaintiffs against Defendant Crown Cork & Seal Company, Inc.

It appearing that grounds exist to permit said Plaintiffs to do so,

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that the joint

motion is **ALLOWED**, and the claims of Plaintiffs Bobby R. Hancock, and wife Elna Fay L.

Hancock, against Defendant, Crown Cork & Seal Company, Inc., are hereby **DISMISSED**

**WITHOUT PREJUDICE.**

Signed: June 21, 2007

Lacy H. Thornburg
United States District Judge