# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV33

| | | |
|---|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*,<br><br>This document pertains to:<br>THOMAS M. ARD, and wife MYRNA F. ARD; BOBBY R. HANCOCK, and wife ELNA FAY L. HANCOCK; SHELBY HEWELL; PATRICIA MAUNEY CRAFT, Administrator of the Estate of Eunice Coleen Mauney, Deceased, and LEON M. MAUNEY; CAROL F. MERCER, Individually and as Administrator of the Estate of Billy Mercer, Deceased; HARGET FRANKLIN MOORE, and wife MAMIE ELIZABETH MOORE; and LISA J. SPLAWN,<br><br>     Plaintiffs,<br><br>Vs.<br><br>A. W. CHESTERTON, INC., *et al.*,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above[1] and the Defendant Garlock Sealing Technologies, Inc., to dismiss their claims against said Defendant filed June 28, 2007.

Because joint motions to dismiss for these same Plaintiffs have been granted by orders entered March 6, 2007, and April 2, 2007,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss filed by the captioned Plaintiffs and the Defendant Garlock Sealing Technologies, Inc., on July 2, 2007, is **DENIED AS MOOT.**

Signed: July 5, 2007

Lacy H. Thornburg
United States District Judge

---

[1] The motion also lists the Plaintiff David K. Brown whose case was previously dismissed by the Court for failure to prosecute.