## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br>This document pertains to: <br>ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey; HOMER M. GUFFEY, and wife IVA T. GUFFEY; and JON ANDREW PARRISH, <br><br>          Plaintiffs, <br><br>Vs. <br><br>A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; GARLOCK, INC.; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; NATIONAL SERVICES INDUSTRIES; OWENS-ILLINOIS, INC.; and RAPID AMERICAN CORPORATION, <br><br>          Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Owens-Illinois, Inc., to dismiss their claims against said Defendant filed June 28, 2007.

Because an identical motion was filed April 3, 2007, as to these parties, and an order entered granting the relief sought on April 4, 2007,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss filed by the captioned Plaintiffs and the Defendant Owens-Illinois, Inc, on June 28, 2007, is **DENIED AS MOOT.**

Signed: July 3, 2007

Lacy H. Thornburg
United States District Judge