IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Executrix of The Estate of WILLIE C. GODFREY, Deceased, | ) ) |
| RICHARD L. ALLEN and wife DEMENTRA K. ALLEN, | ) |
| SARAH JACQUELYN BENNETT, Individually and as Personal Representative of the Estate of JAMES BENNETT, Deceased, | ) ) ) |
| WILLIAM H. BRADLEY and wife CLYDEAN BRADLEY, | ) |
| JOHNNIE BRATTEN and wife KATHLEEN M. BRATTEN, | ) |
| KENNETH BROMELOW, | ) |
| ALLEN S. DAVIS, | ) |
| HERBERT GIBSON and wife KAY M. GIBSON, | ) |
| JOHN K. GREENE and BETTY C. GREENE, | ) |
| HOMER M. GUFFEY and wife IVA T. GUFFEY, | ) |
| JAMES C. HENLINE and wife LOUISE W. HENLINE, | ) |
| BOBBY R. HANCOCK and wife ELNA F. L. HANCOCK, | ) |
| DENNIS R. HICKS and wife PATRICIA J. HICKS, | ) |
| NORMAN H. HILL and wife CATHERINE C. HILL, | ) |
| JOHN D. HILTON and wife BARBARA HILTON, | ) |
| JOHN BRANNON BRIGHT, Executor of the Estate of JIMMY D. HODGE, Deceased, | ) ) |
| HENRY A. HOUGHTON, Administrator of the Estate of HENRY M. HOUGHTON, Deceased, | ) ) |
| JOHN F. HUMPHRIES, | ) |
| RONNIE L. INGLE and wife CHRISTA M. INGLE, | ) |
| RAY B. KETCHIE and wife PEGGY E. KETCHIE, | ) |
| PATRICIA MAUNEY CRAFT, Administrator of the Estate of Eunice Coleen Mauney, Deceased, and LEON B. MAUNEY; | ) ) |
| HAYWARD B. MCATEER and wife JEANNETTE R. MCATEER, | ) ) |
| SYLVIA G. MCCRARY and husband JOHN MCCRARY, | ) |
| LEE W. MCKEOWN, SR. and wife FRANKIE MCKEOWN, | ) |
| KELLY D. PURSLEY and wife SANDRA S. PURSLEY, | ) |
| LISA J. SPLAWN, | ) |
| THOMAS C. TIPTON, | ) |
| SARAH K. WALTERS and husband JAMES B. WALTERS | ) |
| FELIX D. WRIGHT and wife BESSIE WRIGHT, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |

| | )|
|---|---|
| **A. W. CHESTERTON, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and Defendant, National Service Industries, Inc., (formerly known as North Brothers Company), to dismiss without prejudice, all claims of said Plaintiffs against that Defendant.

It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of the captioned Plaintiffs against Defendant, National Service Industries, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: July 5, 2007

Lacy H. Thornburg
United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
| s/James D. Gandy, III | s/ Janet Ward Black |
| James D. Gandy, III | Janet Ward Black, Esquire |
| | NC Bar #12869 |
| Pierce, Herns, Sloan & McLeod, LLC | Ward Black Law |
| 321 East Bay Street | 208 West Wendover Avenue |
| Charleston, SC 29413 | Greensboro, NC 27401 |
| | **jwblack@wardblacklaw.com** |
| Attorney for Defendant | Attorneys for Plaintiffs |
| National Service Industries, Inc. | |