IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br>This document pertains to: <br>JOHN F. HUMPHRIES, and HENRY A. HOUGHTON, Administrator of the Estate of Henry M. Houghton, Deceased, <br><br>                Plaintiffs, <br><br>Vs. <br><br>A. W. CHESTERTON, INC.; GARLOCK, INC.; NATIONAL SERVICES INDUSTRIES; OWENS-ILLINOIS, INC.; and RAPID AMERICAN CORPORATION, <br><br>                Defendants. | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Owens-Illinois, Inc., to dismiss all claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Henry A. Houghton, Administrator of the Estate of Henry M. Houghton, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the claims of Plaintiff John F. Humphries, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: July 3, 2007

Lacy H. Thornburg
United States District Judge