IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Executrix of  The Estate of WILLIE C. GODFREY, Deceased, *et al.*, | ) ) ) |
| This document pertains to: | ) |
| ELSIE GODFREY, Individually and as Executrix of  The Estate of WILLIE C. GODFREY, Deceased, | ) ) |
| JAMES E. AMMONS; | ) |
| THOMAS M. ARD and wife MYRA F. ARD, | ) |
| SARAH JACQUELYN BENNETT, Individually and as  Personal Representative of the Estate of  JAMES BENNETT, Deceased, | ) ) ) |
| WILLIAM S. BLACK and wife VICKI BLACK, | ) |
| JOHNNIE BRATTEN and wife KATHLEEN M. BRATTEN, | ) |
| KENNETH BROMELOW, | ) |
| ALLEN S. DAVIS, | ) |
| RICHARD DAY and wife DIANE M. DAY, | ) |
| CECIL F. FOSTER and wife MATTIE D. FOSTER, | ) |
| HERBERT GIBSON and wife KAY M. GIBSON, | ) |
| JOHN K. GREENE and BETTY C. GREENE, | ) |
| HOWARD R. GUFFEY and wife GAIL E. GUFFEY, | ) |
| JAMES C. HENLINE and wife LOUISE W. HENLINE, | ) |
| SHELBY HEWELL, | ) |
| DENNIS R. HICKS and wife PATRICIA J. HICKS, | ) |
| NORMAN H. HILL and wife CATHERINE C. HILL, | ) |
| JOHN D. HILTON and wife BARBARA HILTON, | ) |
| EDGAR E. HOMAN and wife  VIRGINIA LEVELL ROBERTS | ) ) |
| HENRY A. HOUGHTON, Administrator of the Estate of  HENRY M. HOUGHTON, Deceased, | ) ) |
| JOHN F. HUMPHRIES, | ) |
| RONNIE L. INGLE and wife CHRISTA M. INGLE, | ) |
| RAY B. KETCHIE and wife PEGGY E. KETCHIE, | ) |
| LEWIS KOEHLER and wife PAMELA L. KOEHLER, | ) |
| GARY LAVENDER, | ) |
| LEE W. MCKEOWN, SR. and wife FRANKIE MCKEOWN, | ) |
| NEVERT L. NATION and wife DELLA B. NATION, | ) |
| JON ANDREW  PARRISH, | ) |
| KELLY D. PURSLEY and wife SANDRA S. PURSLEY, | ) |
| ROY L. RAMSEY, | ) |
| ALBERT C. SMITH and wife SHIRLEY F. SMITH, | ) |

| | |
|---|---|
| LISA J. SPLAWN,<br>THOMAS C. TIPTON,<br>SARAH K. WALTERS and husband JAMES B. WALTERS<br>FELIS D. WRIGHT and wife BESSIE WRIGHT,<br><br>**Plaintiffs**<br><br>v.<br><br>A. W. CHESTERTON, INC., *et al*,<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs and Defendant A. W. Chesterton, Inc., to dismiss Plaintiffs' claims against said Defendant without prejudice.

With the consent of the parties herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motion is **ALLOWED**, and the claims of the captioned Plaintiffs against Defendant A. W. Chesterton, Inc., are hereby **DISMISSED WITHOUT PREJUDICE,** and this case is terminated as to that Defendant.

Signed: July 3, 2007

Lacy H. Thornburg
United States District Judge