IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV33

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of WILLIE C. GODFREY, *et al.*, <br><br> This document pertains to: <br> CECIL F. FOSTER and wife, MATTIE D. FOSTER; HOWARD R. GUFFEY and wife, GAIL E. GUFFEY; GARY LAVENDAR; WILLIAM S. BLACK and wife, VICKI BLACK; CAROL F. MERCER, Individually and as Administrator of the Estate of BILLY MERCER; ROY L. RAMSEY; NORMA R. STARNES, Individually and as Executrix of the Estate of Nick W. Starnes, Deceased; ALBERT C. SMITH and wife, SHIRLEY F. SMITH; LEWIS KOEHLER and wife, PAMELA L. KOEHLER; JON ANDREW PARRISH, <br><br>     Plaintiffs, <br><br> v. <br><br> A. W. CHESTERTON, INC., *et al.*, <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and Defendant, National Service Industries, Inc., (formerly known as North Brothers Company), to dismiss without prejudice, all claims of said Plaintiffs against National Service Industries, Inc. It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of the captioned Plaintiffs against Defendant, National Service Industries, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: July 3, 2007

Lacy H. Thornburg
United States District Judge

WE MOVE:	WE CONSENT:

    s/James D. Gandy, III	    s/ Janet Ward Black
James D. Gandy, III	Janet Ward Black, Esquire
    NC Bar No. 12869
Pierce, Herns, Sloan & McLeod, LLC	Ward Black Law
321 East Bay Street	208 West Wendover Avenue
Charleston, SC 29413	Greensboro, NC 27401
**Attorney for Defendant**	**Attorneys for Plaintiffs**
National Service Industries, Inc.