| | |
|---|---|
| **ELSIE GODFREY, Individually and as Personal** ) | **File No.: 1:00-CV-33** |
| **Representative of the Estate of Willie C.** ) | |
| **Godfrey, *et al*.,** ) | |
| ) | |
| **This document pertains to:** ) | |
| **ELSIE GODFREY, Individually and as** ) | |
| **Personal Representative of the Estate of** ) | |
| **Willie C. Godfrey; RICHARD D. DAY, and** ) | |
| **wife DIANE M. DAY; CECIL F. FOSTER, and** ) | |
| **wife MATTIE D. FOSTER; HERBERT** ) | |
| **GIBSON, and wife KAY MARLOW GIBSON;** ) | |
| **HOWARD R. GUFFEY, and wife GAIL E.** ) | |
| **GUFFEY; JOHN BRANNON BRIGHT,** ) | |
| **Executor of the Estate of Jimmy D. Hodge,** ) | |
| **Deceased, and NANCY F. HODGE; HENRY A.** ) | |
| **HOUGHTON, Administrator of the Estate of** ) | |
| **Henry M. Houghton, Deceased; RONNIE L.** ) | |
| **INGLE, and wife CHRISTA M. INGLE;** ) | |
| **SYLVIA G. McCRARY, and husband JOHN** ) | |
| **McCRARY; THOMAS C. TIPTON; SARAH** ) | |
| **JACQUELYN BENNETT, Individually and as** ) | |
| **Personal Representative of the Estate of James** ) | |
| **Bennett, Deceased; WILLIAM S. BLACK, and** ) | |
| **wife VICKI BLACK; LISA GAIL HILL,** ) | |
| **Administrator of the Estate of Norman H. Hill,** ) | |
| **Deceased, and CATHERINE C. HILL;** ) | |
| **FELIX DONALD WRIGHT, and wife BESSIE** ) | |
| **WRIGHT; JOHNNIE BRATTON, and wife** ) | |
| **KATHLEEN M. BRATTON; DENNIS R.** ) | |
| **HICKS, and wife PATRICIA J. HICKS;** ) | |
| **JOHN D. HILTON, and wife BARBARA** ) | |
| **HILTON; HAYWARD B. McATEER, and wife** ) | |
| **JEANNETTE R. McATEER; LEE W.** ) | |
| **McKEOWN, SR., and wife FRANKIE J.** ) | |
| **McKEOWN; JON ANDREW PARRISH;** ) | |
| **KELLY D. PURSLEY, and wife SANDRA S.** ) | |
| **PURSLEY; ALBERT C. SMITH, and wife** ) | |
| **SHIRLEY F. SMITH; SARAH B. WALTERS,** ) | |
| **and husband JAMES B. WALTERS; and** ) | |
| **JOHN K. GREENE, and wife BETTY C.** ) | |
| **GREENE,** ) | |
| ) | |

|                          |   |
|--------------------------|---|
| Plaintiffs,              | ) |
|                          | ) |
| v.                       | ) |
|                          | ) |
| GARLOCK, INC.; NATIONAL SERVICES | ) |
| INDUSTRIES; and RAPID AMERICAN | ) |
| CORPORATION,             | ) |
|                          | ) |
| Defendants.              | ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court by consent of the captioned Plaintiffs and

Defendant, Garlock Sealing Technologies, LLC (formerly known as Garlock, Inc.), to dismiss,

with prejudice, all claims of said Plaintiffs against Garlock Sealing Technologies, LLC.

With the consent of counsel for the captioned Plaintiffs and Defendant Garlock Sealing

Technologies, LLC.,

**IT IS, THEREFORE, ORDERED** that the joint motion is **ALLOWED**, and the claims

of the captioned Plaintiffs against the Defendant Garlock Sealing Technologies, LLC, are hereby

**DISMISSED WITH PREJUDICE**.

Signed: July 9, 2007

Lacy H. Thornburg
United States District Judge

WE SO MOVE:

    s/ Janet Ward Black
Janet Ward Black
NC Bar Number 12869
Attorneys for the Plaintiffs
WARD BLACK LAW
208 W. Wendover Avenue
Greensboro, NC     27401
Telephone: (336) 273-3812
Fax: (336) 379-9415
E-mail:  jwblack@wardblacklaw.com


WE SO CONSENT:

LEATH, BOUCH & CRAWFORD LLP

By:  s/ Timothy W. Bouch
Timothy W. Bouch, Esq.
N.C. Bar No. 26065
Attorneys for Garlock Sealing Technologies, LLC
Leath, Bouch, & Crawford, LLP
92 Broad Street, P. O. Box 59
Charleston, SC  29402
Telephone: (843) 937-8811
Fax: 843-937-0606
Email: tbouch@leathbouchlaw.com