**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **ELSIE GODFREY, Individually and as** | ) | **C. A. No. 1:00cv33-T** |
| **Personal Representative of the Estate of** | ) | |
| **WILLIE C. GODFREY**, *et al.*, | ) | |
| | ) | |
| **This document pertains to:** | ) | |
| **EDWARD R. MILLS, and wife SANDRA L.** | ) | |
| **MILLS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AC&S, INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and

Defendant, National Service Industries, Inc., (formerly known as North Brothers Company), to

dismiss without prejudice, all claims of said Plaintiffs against National Service Industries, Inc.

It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of

Plaintiffs, Edward R. Mills and Sandra L. Mills, against Defendant, National Service Industries,

Inc., are hereby **DISMISSED WITHOUT PREJUDICE**, and this matter is hereby terminated

as to the Defendant National Service Industries, Inc.

Signed: July 10, 2007

Lacy H. Thornburg
United States District Judge

WE MOVE:                                    WE CONSENT:


_____s/James D. Gandy, III_____          _____s/ Janet Ward Black_____
James D. Gandy, III                         Janet Ward Black, Esquire
                                            NC Bar #12869
Pierce, Herns, Sloan & McLeod, LLC          Ward Black Law
321 East Bay Street                         208 West Wendover Avenue
Charleston, SC 29413                        Greensboro, NC 27401
trippgandy@phsm.net                         jwblack@wardblacklaw.com


Attorneys for Defendant
Attorneys for Plaintiffs
National Service Industries, Inc.