IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| ELSIE GODFREY, Individually and as Personal Representative of the Estate of Willie C. Godfrey, *et al.*, <br><br> This document pertains to: <br> NEVERT L. NATION, and wife DELLA B. NATION; NORMA R. STARNES, Individually and as Executrix of the Estate of Nick W. Starnes, Deceased; and LEWIS KOEHLER, and wife PAMELA L. KOEHLER, <br><br> Plaintiffs, <br><br> v. <br><br> GARLOCK, INC.; and NATIONAL SERVICES INDUSTRIES, <br><br> Defendants. | File No.: 1:00-CV-33 |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court by consent of the captioned Plaintiffs and Defendant, Garlock Sealing Technologies, LLC (formerly known as Garlock, Inc.), to dismiss, with prejudice, all claims of said Plaintiffs against Garlock Sealing Technologies, LLC.

With the consent of counsel for the captioned Plaintiffs and Defendant Garlock Sealing Technologies, LLC.,

**IT IS, THEREFORE, ORDERED** that the joint motion is **ALLOWED**, and the claims of the captioned Plaintiffs against the Defendant Garlock Sealing Technologies, LLC, are hereby **DISMISSED WITH PREJUDICE**, and this matter is hereby terminated as to Defendant Garlock.

Signed: July 10, 2007

Lacy H. Thornburg
United States District Judge

WE SO MOVE:

   s/ Janet Ward Black
Janet Ward Black
NC Bar Number 12869
Attorneys for the Plaintiffs
WARD BLACK LAW
208 W. Wendover Avenue
Greensboro, NC    27401
Telephone: (336) 273-3812
Fax: (336) 379-9415
E-mail:  jwblack@wardblacklaw.com


WE SO CONSENT:

LEATH, BOUCH & CRAWFORD LLP

By:  s/ Timothy W. Bouch
Timothy W. Bouch, Esq.
N.C. Bar No. 26065
Attorneys for Garlock Sealing Technologies, LLC
Leath, Bouch, & Crawford, LLP
92 Broad Street, P. O. Box 59
Charleston, SC  29402
Telephone: (843) 937-8811
Fax: 843-937-0606
Email: tbouch@leathbouchlaw.com